UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOVANNY DOMINGUEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　-v-<br><br>BLUE IN GREEN, LLC,<br><br>　　　　　　　　　　Defendant. | 20-CV-208 (JPO)<br><br>OPINION & ORDER |

J. Paul Oetken, United States District Judge:

　　Plaintiff Yovanny Dominguez commenced this action on January 9, 2020. (Dkt. No. 1.) Defendant Blue in Green, LLC was served with a summons and copy of the complaint on January 28, 2020. (Dkt. No. 5.) To date, Defendant has not answered or otherwise appeared in this action. Plaintiff, however, has not moved for default judgment.

　　On March 30, 2020, the Court ordered Plaintiff either to file a letter concerning the status of the case or to move for default judgment by April 10, 2020. (Dkt. No. 6.) Plaintiff was instructed that failure to comply might result in "dismiss[al] for failure to prosecute." (*Id.*)

　　As of the date of this Order, Plaintiff has neither filed a status letter nor moved for default judgment. Accordingly, this case is dismissed for failure to prosecute.

　　The Clerk is directed to terminate the case.

　　SO ORDERED.

Dated:　April 17, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge